# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAWN SHAW, an Individual<br>    Plaintiff,<br><br>vs.<br><br>1) BAILEY MEDICAL CENTER, LLC, a Foreign For Limited Liability Corporation,<br>2) AHS HILLCREST HEALTHCARE SYSTEMS, LLC,<br><br>    Defendant. | CASE NO. 16-CV-595-GKF-TLW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff Dawn Shaw and Defendants, Bailey Medical Center, LLC and AHS Hillcrest Healthcare Systems, LLC, that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed with prejudice pursuant to the Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Respectfully submitted by:

s/Daniel Smolen
Daniel Smolen, OBA #19943
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Telephone (918) 585-2667
Facsimile (918) 585-2669
**ATTORNEY FOR PLAINTIFF**

AND

2

 s/Patrick Clark*_____
Patrick Clark, OBA #32580
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, Georgia 30303
(404) 881-1300
(404) 870-1732 (fax)
patrick.clark@ogletreedeakins.com

s/Lance Freije*_____
Lance Freije, OBA #18559
Latham, Wagner, Steele & Lehman, P.C.
10441 South Regal Boulevard, Suite 200
Tulsa, Oklahoma 74133
(918) 970-2000
(918) 970-2002 (fax)
lfreije@lswl.com

*Signed by filing attorney with permission of counsel*